UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLO WATER, INC.,

    Plaintiffs,

v.

FLOW WATER, INC.,

    Defendants.

Case No. 17-cv-01263-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 27, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 22, 2018.

DESIGNATION OF EXPERTS: April 1, 2018; REBUTTAL: April 22, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 22, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by: July 13, 2018;
    Opp. Due: July 27, 2018; Reply Due: August 3, 2018;
    and set for hearing no later than August 17, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: October 2, 2018 at 3:30 PM.

JURY TRIAL DATE: October 15, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/10/17

_____
SUSAN ILLSTON
United States District Judge